No. 98–1745. VAN HORNE v. EVERGREEN MEDIA CORP. ET AL. Sup. Ct. Ill. Certiorari denied.

No. 98–1756. EVANS ET UX. v. TOHONO O'ODHAM NATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1761. RAINSONG CO. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1763. STONE CASKET COMPANY OF OKLAHOMA CITY v. OKLAHOMA BOARD OF EMBALMERS AND FUNERAL DIRECTORS. Ct. Civ. App. Okla. Certiorari denied.

No. 98–1771. SKAGGS, GUARDIAN OF PERSON AND ESTATE OF SKAGGS, INCAPACITATED v. OTIS ELEVATOR CO. C. A. 10th Cir. Certiorari denied.

No. 98–1772. MIR v. FHP, INC. C. A. 9th Cir. Certiorari denied.

No. 98–1774. JONES v. CITY OF BERKELEY RENT STABILIZATION BOARD. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–1778. KOVELESKIE v. SBC CAPITAL MARKETS, INC., AKA SBC WARBURG, INC. C. A. 7th Cir. Certiorari denied.

No. 98–1779. MULLIN v. RAYTHEON CO. C. A. 1st Cir. Certiorari denied.

No. 98–1780. SORROW v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 98–1782. DEERWESTER v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 98–1784. PACK v. KMART CORP. C. A. 10th Cir. Certiorari denied.

No. 98–1785. BOGGS v. SUMMERS, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied.